**Exhibit 1**

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request Sign Up Log In

# MacGregor Bernhart Group

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-000587 |

| | |
|---|---|
| Submitted | Oct. 21, 2025 |
| Due | Nov. 24, 2025 |
| Est. Completion | None |

STATUS

Awaiting Response

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more. File a Request

11 Communications 7 Files

Filter communications Collapse All

**From: Jimmy Tobias** 10/21/2025

Subject: Freedom of Information Act Request: MacGregor Bernhart Group Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any and all written or electronic communications, including emails, texts, DMs and Signal chats, between Kate MacGregor and any representative, employee or lobbyist at the Bernhardt Group, including David Bernhardt, Faith Vander Voort, Jon Hrobsky, Cole Rojewski, and/or Todd Willens.

This request seeks records produced since April 1, 2025.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25 for the records.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 10/22/2025

Subject: Request Received by DOI FOIA Office Email

Dear Jimmy Tobias,
We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2026-000587. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 11/14/2025

Subject: DOI FOIA DOI-2026-000587, DOI-2026-000588, and DOI-2026-000590 Email

Good afternoon, Jimmy,

I am writing regarding three recently submitted FOIA requests (attached), in which you seek communications between specific individuals within our agency and The Bernhardt Group representatives.

Would you be amenable to a centralized search ofchats, texts, emails to/from custodians with any of the listed names (full or just last) or to/from @bernhardtgroup.com.

Respectfully,
Paula Presley

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-000590 FOIA Request confirmation #2469926
View Embed Download

26-000588 FOIA Request confirmation #2469911
View Embed Download

26-000587 FOIA Request confirmation #2469896
View Embed Download

**From: Department of Interior, Office of the Secretary** 11/18/2025

Subject: Clarification/Scoping DOI FOIA DOI-2026-000587, DOI-2026-000588, and DOI-2026-000590 Email

Good morning, Jimmy,

Following up on my email sent on November 14, 2025, in which you seek communications between specific individuals within our agency and The Bernhardt Group representatives.

Would you be amenable to a centralized search of chats, texts, emails to/from custodians with any of the listed names (full or just last) or to/from @bernhardtgroup.com.

Thank you for your prompt reply.

Respectfully,
Paula Presley

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-000590 FOIA Request confirmation #2469926
View Embed Download

26-000588 FOIA Request confirmation #2469911
View Embed Download

26-000587 FOIA Request confirmation #2469896
View Embed Download

**From: Department of Interior, Office of the Secretary** 11/19/2025

Subject: Acknowledgment Letter - DOI-2026-000587 Email

Good morning,

Please find the attached acknowledgment response letter for DOI-2026-000587.
Thanks,
Cindy

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-000587_Ack
View Embed Download

**From: Jimmy Tobias** 05/12/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-000587 Mail

Yes that would work well. I would also love to include in the centralized search, in addition to the domain name you listed, just the plain keyword "bernhardt". Please confirm receipt of this note. Thank you!

Also, what is the estimated completion date of this request?

**From: Jimmy Tobias** 05/12/2026

Subject: RE: Freedom of Information Act Request #DOI-2026-000587 Mail

Hello, just following up to ensure you received my previous email. Can you also inform me: has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thanks!

**From: Muckrock Staff** 07/02/2026

**From: Muckrock Staff** 08/03/2026

**For the Record**

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

Subscribe with your email address

Your email address

Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

Exhibit 2

United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

November 19, 2025

Via Electronic Mail: 195484-70689884@requests.muckrock.com

Jimmy Tobias
MuckRock News
DEPT MR 195484
263 Huntington Ave
Boston, MA 02115

RE: Freedom of Information Act (FOIA) Request No. DOI-2026-000587, DOI-2026-000588, and DOI-2026-000590

Dear Jimmy Tobias:

The Office of the Secretary (OS) FOIA Office received your FOIA requests, on October 3, 2025 and assigned them control numbers DOI-2026-000587, DOI-2026-000588, and DOI-2026-000590. Please cite DOI-2026-000587 in any future communications with our office regarding your requests.

**Description of the Requested Records**

You requested:

> Any and all written or electronic communications, including emails, texts, DMs and Signal chats, between Kate MacGregor, Adam Suess and JoDee Hanson and any representative, employee or lobbyist at the Bernhardt Group, including David Bernhardt, Faith Vander Voort, Jon Hrobsky, Cole Rojewski, and/or Todd Willens. This request seeks records produced since April 1, 2025.
>
> The individuals you requested this information from are:
>
> DOI-2026-000587 – Kate MacGregor
> DOI-2026-000588 – Adam Suess
> DOI-2026-000590 – JoDee Hanson

**Fee Category**

We classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are

entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You agreed to pay up to $25.00 for the processing of your request.

**Fee Waiver**

You asked us to waive the fees for processing your request. Because of your entitlements, we do not anticipate there will be billable fees for processing your request, so there is no need for us to address your request for a fee waiver at this time.

**Fees—Combining or Aggregating Requests**

You will notice this communication combines or aggregates more than one of your requests. We may aggregate requests for administrative reasons without charging fees accordingly when we reasonably believe that you, or a group of requesters acting in concert with you, are dividing a single request into a series of requests on a single subject or related subjects.

Because your three requests were on a single subject and made within a 30-day period, we reasonably believe that a single request was divided into a series of requests and we have a reasonable basis for determining that aggregation is warranted in view of all the circumstances involved.

**Processing Schedule**

We use Multitrack Processing to process FOIA requests. Your request falls into the "Complex" processing track for requests that would generally take twenty-one to sixty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis. You may narrow the scope of your request to obtain quicker processing in your currently-assigned track or move the request into a different track which may have the effect of reducing the cost of processing your request and having it processed more quickly.

**Extension—Ten Workdays**

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

**Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a

non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

**Conclusion**

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240. Additionally, contact information for the Department's FOIA Requester Centers and FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters.*

Sincerely,

CYNTHIA SWEENEY

Digitally signed by CYNTHIA SWEENEY
Date: 2025.11.19 08:35:50 -05'00'

Cynthia Sweeney
Government Information Specialist
Office of the Secretary
FOIA Office

Exhibit 3

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request Sign Up Log In

This request is embargoed until 30 days after it is finished.

# MacGregor Suess Stauber Boundary Waters

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-003270 |
| Submitted | Jan. 16, 2026 |
| Due | Feb. 27, 2026 |
| Est. Completion | None |

STATUS

Awaiting Response

EMBARGO

This request is embargoed until 30 days after it is finished.

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more. File a Request

12 Communications 1 File

Filter communications Collapse All

**From: Jimmy Tobias** 01/16/2026

**Subject: Freedom of Information Act Request: MacGregor Suess Stauber Boundary Waters** Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any and all emails, text messages, Signal messages, direct messages or other electronic communications sent or received by Kate MacGregor and/or Adam Suess that contain one or more of the following words or phrases: "Boundary Waters", "Superior National", "Antofagasta", "Twin Metals", "Stauber" and/or "Bernhardt". This request seeks records produced since January 20, 2025.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 01/17/2026

**Subject: Request Received by DOI FOIA Office** Email

Dear Jimmy Tobias,
We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2026-003270. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 01/29/2026

**Subject: Acknowledgment Letter - DOI-2026-003270** Email

Good morning,

Please find the attached acknowledgment letter for DOI-2026-003270.
Thanks,
Deb

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-003270_Ack (aggregated)
Download

**From: Jimmy Tobias** 05/12/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-003270** Mail

Thank you for the update. I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

**From: Muckrock Staff** 07/02/2026

**From: Muckrock Staff** 08/03/2026

**From: Department of Interior, Office of the Secretary** 08/03/2026

**Subject: Re: [EXTERNAL] RE: Freedom of Information Act Request #DOI-2026-003270** Email

Hi Jimmy,

Quick question on this one...for "bernhardt" are you seeking instances where they are actually talking about him, or meeting with him etc or just any random instance? I ask because a quick skim looks like it's also pulling a lot where they will say something like "oh, can you check what Bernhardt wore when he went to X as Sec?" or "can you find me that old bernhardt memo" kind of thing.

V/r,
Leah

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

**From: Jimmy Tobias** 08/03/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-003270** Email

Hi Leah,

We are looking for all of the above. Thanks so much!

Jimmy

**From: Department of Interior, Office of the Secretary** 08/13/2026

**Subject: Re: [EXTERNAL] RE: Freedom of Information Act Request #DOI-2026-003270** Email

Hey Jimmy,

We've gotten some records for this one, but I have not poked into them yet. For the term Bernhardt, I assume that is looking for stuff about his new firm/meetings with his firm/things like that? A lot of where I've seen his name in other requests (so I'm guessing will show up here) is people asking for things like "find me the old Bernhardt memo" and the like and I want to check if that's actually what you're looking for?

Thank you!

Leah

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

**From: Department of Interior, Office of the Secretary** 08/13/2026

**Subject: Re: [EXTERNAL] RE: Freedom of Information Act Request #DOI-2026-003270** Email

Also I clearly did not have enough coffee, because you already responded. I'm so sorry - been a week.

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328
Washington, D.C. 20240
os_foia@ios.doi.gov

**Exhibit 4**

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240

January 29, 2026

Via Electronic Mail: 202673-70637594@requests.muckrock.com

[illegible], DEPT MR202673

RE: Freedom of Information Act (FOIA) Request No. DOI-2026-003270 and DOI-2026-003271

Dear Jimmy Tobias:

The Office of the Secretary (OS) FOIA Office received your FOIA requests, on January 20, 2026 and assigned them control numbers DOI-2026-003270 and DOI-2026-003271. Please cite DOI-2026-003270 in any future communications with our office regarding your request.

**Description of the Requested Records**

In DOI-2026-003270, you requested:

"Any and all emails, text messages, Signal messages, direct messages or other electronic communications sent or received by Kate MacGregor and/or Adam Suess that contain one or more of the following words or phrases: "Boundary Waters", "Superior National", "Antofagasta", "Twin Metals", "Stauber" and/or "Bernhardt". This request seeks records produced since January 20, 2025."

In DOI-2026-003271, you requested:

"Any and all emails, text messages, Signal messages, direct messages or other electronic communications sent or received by Interior Department appointee Sam Crofts that contain one or more of the following words or phrases: "Boundary Waters", "Superior National", "Antofagasta", "Twin Metals", "Stauber" and/or "Bernhardt". This request seeks records produced since September 1, 2025."

**Fees—Combining or Aggregating Requests**

You will notice this communication combines or aggregates more than one of your requests. We may aggregate requests for administrative reasons without charging fees accordingly when we reasonably believe that you, or a group of requesters acting in concert with you, are dividing a

single request into a series of requests on a single subject or related subjects.

Because your two requests were on a single subject and made within a 30-day period, we reasonably believe that a single request was divided into a series of requests, and we have a reasonable basis for determining that aggregation is warranted in view of all the circumstances involved.

**Fee Category**

We classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You agreed to pay up to $25.00 for the processing of your request.

**Fee Waiver**

You asked us to waive the fees for processing your request. Because of your entitlements, we do not anticipate there will be billable fees for processing your request, so there is no need for us to address your request for a fee waiver.

**Processing Schedule**

We use Multitrack Processing to process FOIA requests. Your request falls into the "Complex" processing track for requests that would generally take twenty-one to sixty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis. You may narrow the scope of your request to obtain quicker processing in your currently-assigned track or move the request into a different track which may have the effect of reducing the cost of processing your request and having it processed more quickly.

**Extension—Ten Workdays**

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

**Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a

non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

**Conclusion**

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240. Additionally, contact information for the Department's FOIA Requester Centers and FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters*.

Sincerely,

DEBOSREE JAYARAM
Digitally signed by DEBOSREE JAYARAM
Date: 2026.01.29 08:53:38 -05'00'

Deb Jayaram
Government Information Specialist
Office of the Secretary
FOIA Office

**Exhibit 5**

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request

This request is embargoed until 30 days after it is finished.

## MacGregor God Squad

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-004927 |

| | |
|---|---|
| Submitted | March 26, 2026 |
| Due | April 23, 2026 |
| Est. Completion | None |

STATUS

Awaiting Response

EMBARGO

This request is embargoed until 30 days after it is finished.

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more. File a Request

9 Communications 1 File

Filter communications Collapse All

**From: Jimmy Tobias** 03/26/2026

**Subject: Freedom of Information Act Request: MacGregor God Squad** Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any written or electronic communications, including emails, texts, Microsoft Teams messages, Signal chats, or DMs, sent or received by Kate MacGregor that reference the Endangered Species Committee, also known as the "God Squad". This include any references to the committee as it relates to Doug Burgum's decision in March 2026 to convene said committee.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 03/27/2026

**Subject: Your PAL account is ready** Email

Dear Jimmy Tobias,

You've successfully created a PAL account. You will receive another email with a link to create your password.

Username: requests@muckrock.com

Any previously submitted requests to DOI FOIA Office have been saved to your profile.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 03/27/2026

**Subject: Login to DOI Public Access Link** Email

Dear Jimmy Tobias,

You've successfully created an account in PAL to login to https://securefoia.doi.gov.

Please use requests@muckrock.com as your email address when creating a Login.Gov profile if you have not already done so.
Regards,
DOI FOIA Office"

**From: Department of Interior, Office of the Secretary** 03/27/2026

**Subject: Request Received by DOI FOIA Office** Email

Dear Jimmy Tobias,

We would like to inform you that the Department of the Interior has received your OS FOIA request and assigned it the control number DOI-2026-004927. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 04/14/2026

**Subject: Acknowledgment Letter - DOI-2026-004927** Email

Good morning,

Please find the attached acknowledgment letter for DOI-OS-2026-004927.
Thanks,
Cindy

Department of the Interior
Office of the Secretary, FOIA Office
1849 C Street, NW, MS-7328

1849 C Street, NW, MS-1328
Washington, D.C. 20240
os_foia@ios.doi.gov

26-004927_Ack_Agg
Download

**From: Jimmy Tobias** 05/12/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-004927** Mail

Thank you for the update. I wanted to reach out to check on the estimated completion date for this request? Also, has the search for records been completed? How many records and pages of records were located? Has an analyst been assigned to review the records yet? If not, when do you anticipate assigning an analyst for review? What steps have you taken thus far, and what steps do you plan to take in the next six months to process my request?

Thank you!

**From: Muckrock Staff** 07/02/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-004927** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on March 27, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-004927.

Thanks for your help, and let me know if further clarification is needed.

**From: Muckrock Staff** 08/03/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-004927** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on March 27, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-004927.

Thanks for your help, and let me know if further clarification is needed.

**From: Muckrock Staff** 09/02/2026

**Subject: RE: Freedom of Information Act Request #DOI-2026-004927** Email

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information Act request, copied below, and originally submitted on March 27, 2026. Please let me know when I can expect to receive a response. You had assigned it reference number #DOI-2026-004927.

Thanks for your help, and let me know if further clarification is needed.

United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

April 14, 2026

Via Electronic Mail: 207618-34214996@requests.muckrock.com

Jimmy Tobias

[illegible]

RE: Freedom of Information Act (FOIA) Request No. DOI-2026-004927, DOI- 2026-004928 and DOI-2026-005011

Dear Jimmy Tobias:

The Office of the Secretary (OS) FOIA Office received your FOIA requests on March 27, 2026 and assigned them control numbers DOI-2026-004927, DOI- 2026-004928 and DOI-2026-005011. We aggregated DOI-2026-004928 and DOI-2026-005011 into DOI-2026-004927 and have closed DOI-2026-004928 and DOI- 2026-005011. Please cite DOI-2026-004927 in any future communications with our office regarding your request.

**Description of the Requested Records**

You requested:

DOI-2026-004927:

Any written or electronic communications, including emails, texts, Microsoft Teams messages, Signal chats, or DMs, sent or received by Kate MacGregor that reference the Endangered Species Committee, also known as the "God Squad". This include any references to the committee as it relates to Doug Burgum's decision in March 2026 to convene said committee.

DOI-2026-004928:

Any written or electronic communications, including emails, texts, Microsoft Teams messages, Signal chats, or DMs, sent or received by Karen Budd-Falen that reference the Endangered Species Committee, also known as the "God Squad". This include any references to the committee as it relates to Doug Burgum's decision in March 2026 to convene said committee.

DOI-2026-005011

Any written or electronic communications, including emails, texts, Microsoft

> Teams messages, Signal chats, or DMs, sent or received by Christopher Danley that reference the Endangered Species Committee, also known as the "God Squad". This include any references to the committee as it relates to Doug Burgum's decision in March 2026 to convene said committee. This request also includes any communications between Danley and White House or Defense Department personnel concerning that reference the Endangered Species Committee explicitly or implicitly. I seek records produced since January 1, 2026.

On April 2, 2026, you clarified the search dates for your request as May 1, 2025 through the date the request is processed.

**Fee Category**

We classified you as a representative of the news media. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

**Fee Waiver**

You asked us to waive the fees for processing your request. Because of your entitlements, we do not anticipate there will be billable fees for processing your request, so there is no need for us to address your request for a fee waiver.

**Fees—Combining or Aggregating Requests**

You will notice this communication combines or aggregates more than one of your requests. We may aggregate requests for administrative reasons without charging fees accordingly when we reasonably believe that you, or a group of requesters acting in concert with you, are dividing a single request into a series of requests on a single subject or related subjects.

Because both of your requests were on a single subject and made within a 30-day period, we reasonably believe that a single request was divided into a series of requests and we have a reasonable basis for determining that aggregation is warranted in view of all the circumstances involved.

**Processing Schedule**

We use Multitrack Processing to process FOIA requests. Your request falls into the "Normal" processing track for requests that would generally take six to twenty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis.

**Extension—Ten Workdays**

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

**Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

**Conclusion**

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240. Additionally, contact information for the Department's FOIA Requester Centers and FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters.*

Sincerely,
CYNTHIA SWEENEY
Digitally signed by CYNTHIA SWEENEY
Date: 2026.04.14 08:21:28 -04'00'
Cynthia Sweeney
Government Information Specialist
Office of the Secretary
FOIA Office

Exhibit 7

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request Sign Up Log In

# Budd Falen God Squad

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-004928 |

| | |
|---|---|
| Submitted | March 26, 2026 |
| Est. Completion | None |

STATUS

**No Responsive Documents**

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.

File a Request

5 Communications 0 Files

Filter communications Collapse All

**From: Jimmy Tobias** 03/26/2026

Subject: Freedom of Information Act Request: Budd Falen God Squad Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any written or electronic communications, including emails, texts, Microsoft Teams messages, Signal chats, or DMs, sent or received by Karen Budd-Falen that reference the Endangered Species Committee, also known as the "God Squad". This include any references to the committee as it relates to Doug Burgum's decision in March 2026 to convene said committee.

I am a reporter for Public Domain and seek a fee waiver. If that waiver is denied I am willing to pay $25.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 03/27/2026

Subject: Your PAL account is ready Email

Dear Jimmy Tobias,

You've successfully created a PAL account. You will receive another email with a link to create your password.

Username: requests@muckrock.com

Any previously submitted requests to DOI FOIA Office have been saved to your profile.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 03/27/2026

Subject: Request Received by DOI FOIA Office Email

Dear Jimmy Tobias,

We would like to inform you that the Department of the Interior has received your OS FOIA request and assigned it the control number DOI-2026-004928. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 03/27/2026

Subject: Login to DOI Public Access Link Email

Dear Jimmy Tobias,

You've successfully created an account in PAL to login to https://securefoia.doi.gov.

Please use requests@muckrock.com as your email address when creating a Login.Gov profile if you have not already done so.
Regards,
DOI FOIA Office"

**From: Department of Interior, Office of the Secretary** 04/09/2026

Subject: Status Update for Request #DOI-2026-004928 Email

Dear Jimmy Tobias,

The status of your OS FOIA request #DOI-2026-004928 has been updated to the following status 'Closed'. To log into the DOI Public Access Link for FOIA Request Submission click on the Application URL below.

https://securefoia.doi.gov

Sincerely,
DOI FOIA Office


## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

Subscribe with your email address

Your email address

Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

Choose amount

One-time Monthly

$500 $250 $100

$50 $25 $10

$ Other USD

Designate your gift

Select or search funds (optional)

Add note/comment

Continue

Powered by Givebutter

## Together, we hold power to account and shine a light on government transparency

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:
  *MuckRock Foundation*
  *263 Huntington Ave*
  *Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

MUCKROCK

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

SECTIONS

News Projects Requests Agencies Jurisdictions Newsletter

Exhibit 8

MUCKROCK Donate Products Newsletter Investigations About Us Follow Us Search File Request Sign Up Log In

# Danley God Squad

Jimmy Tobias filed this request with the Department of Interior, Office of the Secretary of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2026-005011 |

| | |
|---|---|
| Submitted | March 30, 2026 |
| Est. Completion | None |

STATUS

No Responsive Documents

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.

File a Request

5 Communications 0 Files

Filter communications

Collapse All

**From: Jimmy Tobias** 03/30/2026

Subject: Freedom of Information Act Request: Danley God Squad Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

Any written or electronic communications, including emails, texts, Microsoft Teams messages, Signal chats, or DMs, sent or received by Christopher Danley that reference the Endangered Species Committee, also known as the "God Squad". This include any references to the committee as it relates to Doug Burgum's decision in March 2026 to convene said committee. This request also includes any communications between Danley and White House or Defense Department personnel concerning that reference the Endangered Species Committee explicitly or implicitly. I seek records produced since January 1, 2026.

I am a reporter for Public Domain and seek a fee waiver.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Jimmy Tobias

**From: Department of Interior, Office of the Secretary** 03/31/2026

Subject: Request Received by DOI FOIA Office Email

Dear Jimmy Tobias,

We would like to inform you that the Department of the Interior has received your OS FOIA request and assigned it the control number DOI-2026-005011. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 03/31/2026

Subject: Login to DOI Public Access Link Email

Dear Jimmy Tobias,

You've successfully created an account in PAL to login to https://securefoia.doi.gov.

Please use requests@muckrock.com as your email address when creating a Login.Gov profile if you have not already done so.
Regards,
DOI FOIA Office"

**From: Department of Interior, Office of the Secretary** 03/31/2026

Subject: Your PAL account is ready Email

Dear Jimmy Tobias,

You've successfully created a PAL account. You will receive another email with a link to create your password.

Username: requests@muckrock.com

Any previously submitted requests to DOI FOIA Office have been saved to your profile.
Regards,
DOI FOIA Office

**From: Department of Interior, Office of the Secretary** 04/09/2026

**Subject: Status Update for Request #DOI-2026-005011** Email

Dear Jimmy Tobias,

The status of your OS FOIA request #DOI-2026-005011 has been updated to the following status 'Closed'. To log into the DOI Public Access Link for FOIA Request Submission click on the Application URL below.

https://securefoia.doi.gov

Sincerely,
DOI FOIA Office


## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

**Subscribe with your email address**

Your email address

Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

Choose amount

One-time Monthly

$500 $250 $100

$50 $25 $10

$ Other USD

Designate your gift

Select or search funds (optional)

Add note/comment

Continue

Powered by Givebutter

## Together, we hold power to account and shine a light on government transparency

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:
  *MuckRock Foundation*
  *263 Huntington Ave*
  *Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

MUCKROCK

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

SECTIONS